# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JERRY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-00901 |
| ) | Judge Trauger |
| AGRI-LABORATORIES, LTD., ) | |
| d/b/a AgriLabs, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Agri-Laboratories, Ltd. (Docket No. 20) is **GRANTED**, and the plaintiff's claims are hereby **DISMISSED**. Entry of this Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 18th day of November 2010.

_____
ALETA A. TRAUGER
United States District Judge